# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>HAROLD THRASH,<br><br>        Defendant. | Case No. 2:08-cr-00100-KJD-PAL<br><br>**ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |

IT IS HEREBY ORDERED that Harold Thrash's conditions of supervised release are modified as follows:

Mr. Thrash shall reside and participate in the program of a residential re-entry center for a period of up to six months as approved and directed by the probation officer.

IT IS FURTHER ORDERED that any subsistence required by the residential re-entry center from Mr. Thrash is waived.

DATED this 22nd day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE