# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD THRASH,<br><br>　　　　Defendant. | Case No. 2:08-cr-00100-KJD-DJA<br><br>**ORDER** |

　　　　IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, September 15, 2020 at 9:00 a.m., be vacated and continued to __10/20/2020__ at the hour of _10_ : _30_ _a_m.

　　　　DATED this _28th_ day of _August_ 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE