# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

HAROLD THRASH,

         Defendant.

Case No. 2:08-cr-00100-KJD-DJA

**ORDER**

     IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, January 12, 2021 at 9:00 a.m., be vacated and continued to  April 20, 2021  at the hour of  9 : 00  a.m.

     DATED this 6th day of January 2021.

_____

UNITED STATES DISTRICT JUDGE

3