JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
edward.g.veronda@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD THRASH,<br><br>　　　　Defendant. | Case No. 2:08-CR-00100-KJD-DJA<br><br>**UNOPPOSED MOTION TO VACATE HEARING** |

　　　　A status hearing is currently scheduled on May 16, 2023. However, Harold Thrash's whereabouts are unknown. For these reasons, it would be a waste of judicial resources to hold a hearing for which the defendant will not be present. Counsel for the Defendant does not object to the Motion to Vacate, and for this hearing to be rescheduled at an appropriate time.

　　　　DATED this 2nd day of May, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　JASON FRIERSON
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

By *Jackie Witt, Esq.*　　　　　　　　　　　By *Edward J. Veronda*
JACKIE WITT　　　　　　　　　　　　　　　EDWARD J. VERONDA
Counsel for Defendant　　　　　　　　　　　Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD THRASH,<br><br>　　　　　Defendant. | Case No. 2:08-CR-00100-KJD-DJA<br><br>**ORDER TO VACATE HEARING** |

　　IT IS THEREFORE ORDERED that the Status Hearing currently scheduled for Tuesday, May 16, 2023 at 9:30 a.m. be vacated.

　　DATED this <u>8th</u> day of May, 2023.

　　　　　　　　　　　　　　　　　　　　　_/s/ signature_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE