# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| United States of America, | |
| Plaintiff(s), | 2:08-cr-00100-KJD-DJA |
| v. | **ORDER** |
| Harold Thrash, | |
| Defendant(s). | |

This matter came before the court on September 28, 2023, for an initial appearance on a petition for warrant for offender under supervision. (ECF No. 131).

The evidence establishes that on September 26, 2023, September 27, 2023, and September 28, 2023, U.S. Marshals Service (USMS) deputies attempted to transport defendant Harold Thrash from the Southern Nevada Detention Center (SNDC) in Pahrump, Nevada, to a scheduled initial appearance before this court some 60 miles distant. Thrash refused to leave his cell or be transported. Consistent with policy, the USMS informed counsel and the court that Thrash refused transport while Thrash remained in custody at NSDC in Pahrump.

The court finds it necessary and appropriate to order the USMS to use reasonable force as it deems necessary to compel Thrash to be transported and to appear before this court for his initial appearance, now scheduled for September 29, 2023, at 3:00 p.m. in Courtroom 3D of the Lloyd D. George Federal Courthouse at 333 South Las Vegas Boulevard in Las Vegas, Nevada.

IT IS THEREFORE ORDERED that the USMS is authorized to use reasonable force as it deems necessary to compel defendant Harold Thrash to be transported for and appear at the initial appearance before this court scheduled for September 29, 2023, at 3:00 p.m. in Courtroom 3D.

DATED this 28th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE