UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>HAROLD THRASH,<br><br>   Defendant. | Case No. 2:08-cr-00100-KJD-DJA-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled for October 16, 2023 at 1:00 p.m., be vacated and continued to November 9, 2023 at the hour of 2:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

   DATED this 13th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3