# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>          v.<br><br>HAROLD THRASH,<br><br>                   Defendant. | Case No. 2:08-cr-00100-KJD-DJA-1<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Stipulation to Continue Preliminary Hearing (ECF 170) is GRANTED.

IT IS FURTHER ORDERED that the preliminary hearing currently scheduled for March 18, 2026 at 3:00 p.m., be vacated and continued to April 8, 2026 at the hour of 2:00 p.m. in Courtroom 3D.

DATED this 17th day of March, 2026.

UNITED STATES MAGISTRATE JUDGE

3