**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00100-KJD-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| HAROLD THRASH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 24, 2026 at 11:30 a.m., be vacated and continued to May 12, 2026 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

DATED this 18th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3