# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| United States of America, | Case No. 2:08-cr-00100-KJD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Harold Thrash, | |
| Defendant. | |

Defendant Harold Thrash moves on an emergency basis under 18 U.S.C. 3142(f) to reopen his detention hearing and be released from custody on his previously imposed conditions because the detention facility where he is housed cannot provide him the medical care he requires. (ECF No. 180). The Government does not oppose. Given Thrash's current medical condition, the Court grants the motion.

Thrash also moves to seal medical records attached to his motion. (ECF No. 181). The Court finds good cause and compelling reasons to grant the motion. *Kamakana v. City and County of Honolulu*, 47 F.3d 1172 (9th Cir. 2006); *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016); *Ansara v. Maldonado*, No. 2:19-cv-01394-GMN-VCF, 2022 WL 17253803, at *3 (D. Nev. Nov. 1, 2022) (explaining that "sensitive and private medical information protected by HIPAA" meets the compelling reasons standard); *see Steven City Broomfield v. Aranas*, No. 3:17-cv-00683-MMD-WGC, 2020 WL 2549945, at *2 (D. Nev. May 19, 2020) (compiling cases).

///

///

///

**IT IS THEREFORE ORDERED** that Thrash's motion to reopen detention hearing (ECF No. 180) is **granted.** Thrash is ordered released from custody on his previously imposed conditions (ECF No. 157) so that the hospital where he is being treated may place him in a rehabilitation center.

**IT IS FURTHER ORDERED** that Thrash's motion to seal (ECF No. 181) is **granted.**

DATED: July 9, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE